UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT WILLIAMS,<br><br>                              Plaintiff,<br><br>       -against-<br><br>647 E. 229th STREET BRONX LLC; ELI WEISSMAN,<br><br>                              Defendants. | 24cv6636 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the October 21, 2024, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   March 17, 2025
             New York, New York

                                                   /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                              Chief United States District Judge